```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   SAGE D. KAVENY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorneys for Defendant
8  ANTONIO VAZQUEZ

9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,    ) 2:12-mj-00073-DAD
15                              )
              Plaintiff,        )
16                              ) STIPULATION AND ORDER TO VACATE
        v.                      ) THE BENCH TRIAL AND SET FOR A
17                              ) CHANGE OF PLEA
   ANTONIO VAZQUEZ,             )
18                              )
              Defendant.        ) Date:  May 1, 2012
19                              ) Time:  10:00 a.m.
   _____) Judge: Hon. Dale A. Drozd
20
```

The United States Attorney through his respective counsel, CHRISTOPHER HALES, Special Assistant United States Attorney, LINDA C. HARTER, Attorney for ANTONIO VAZQUEZ, and SAGE D. KAVENY, Certified Student Attorney, hereby stipulate to vacate the bench trial set for May 2, 2012 at 900am and reset for a change of plea.

Accordingly, the parties jointly request that a change of plea hearing be scheduled for May 1, 2012 at 10:00am before Magistrate Dale A. Drozd.

Dated: April 3, 2012                    Respectfully submitted,


                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Assistant Federal Defender
                                        Attorney for ANTONIO VAZQUEZ



Dated: April 3, 2012                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Christopher Hales
                                        CHRISTOPHER S. HALES
                                        Special Assistant U.S. Attorney



                                        O R D E R

**IT IS SO ORDERED.**

DATED: April 3, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1.crim
vasquez0073.stipo.set